In The United States District Court For The
Eastern District Of Oklahoma

Louis D Craft Jr.,
   Plaintiff,

vs.

Warden Raymond Byrd,
Nurse Laura Nefee,
Warden Mike Carpenter,
Deputy Warden Natlie Cooper,
Kitchen Supervisor Ms. Little,
Correctional Officer Galutza,
Correctional officer Schell,
Sued in their individual Capacities,
Dr. Marlar, is Sued in his
individual and official Capacity.
   Defendant(s)

Case No:

CIV 19-266 JHP

Jury trial Demanded

### Jurisdiction

1) The Court has Jurisdiction over Plaintiff's Claims of federal Constitutional rights under 42 U.S.C § 1331(1) and 1343

### Parties

2) The Plaintiff Louis D. Craft Jr is inCarCerated at Oklahoma State Penitentiary (OSP.) Plaintiff was inCarCerated at Cimarron Correctional

(1)

Facility CCF. Owned at Operated by CoreCivic a Private Prison. Plaintiff was housed at OSP and CCF during the events described in this Complaint

3) Defendant Warden Raymond Byrd is the Warden at CCF.

4) Defendant Nurse Laura Neffee is the Certified Health Care administrator (CHSA) at CCF

5) Defendant Warden Mike Carpenter was the Warden at OSP, and is sued in his individual Capacity

6) Defendant Deputy Warden Natlie Cooper was the deputy Warden at OSP. She is sued in her individual Capacity.

7) Defendant C/O Galutza is a Correctional Officer at OSP and is sued in her individual Capacity

8) Defendant C/O Schell is a Correctional Officer at OSP and is sued in his individual Capacity

9) Defendant Kitchen Supervisor Ms. Little is the Kitchen Supervisor at OSP and is sued in her individual Capacity.

(2)

10) Defendant Dr. Marlar is the health care Provider at O.S.P. and is sued in his Official and Individual Capacity.

11) All Defendants acted under the Color of State law.

Facts:

12) On April 26, 2016, at CCF, Nurse Neffee injected Plaintiff with a bacterium that Causes Painful Canker Sores to develop in Plaintiff's mouth. The bacterium Unknown to Plaintiff was developed by Scientists at the National Institute of Dental Health. Nurse Laura Neffee Claimed the injection was the Yearly Tuberculosis test.

13) Warden Raymond Byrd, Warden at CCF, Ordered the injection April 26, 2016, Plaintiff's Birthday. Soley to retaliate for Plaintiff's legal activity against him, Core Civic, and Various CCF employees. Nurse Neffee was Promoted to C.H.S.A for her Participation in the ill-will, Sadistically and maliciously retaliations.

14) July 24th 2017, Plaintiff was transferred from CCF to OSP.

(3)

15) Since Plaintiff's arrival to OSP Plaintiff dealt and deal with unreal retaliation's from OSP official's for his legal activity against OSP official's with his filing various Grievance's for numerous issue's. Plaintiff was O.C Sprayed, assaulted by officials twice, an received a physical injury as a result. Plaintiff is forced to live with inmate informant's, who harass Plaintiff. Plaintiff is given food tray's injected with an anarobic bacterium injected in Plaintiff food, which immediately caused painful Canker Sore's to develop in Plaintiff's mouth.

16) On December 6, 2018 at breakfast time C/O Salutza gave Plaintiff a food tray with the anarobic bacterium injected in his food, which immediately caused a painful Canker Sore to develop in Plaintiff's mouth making it hard to eat or drink or sleep.

17) On December 8, 2018 at dinner time C/O Salutza gave Plaintiff a food tray that contained the anarobic bacterium injected in the food, which immediately caused another painful Canker Sore to develop in Plaintiff's mouth. The pain was so extreme Plaintiff suffered when he ate or tried to sleep.

(4)

18) On December 12, 2018, C/O Schell at dinnertime gave Plaintiff a food tray with the anarobic bacterium injected in the food, which immediately caused a Painful Canker Sore to develop in Plaintiffs' mouth. Plaintiff suffered with extreme Pain for weeks from the Crop of Canker Sores in Plaintiffs mouth.

19) C/O Galutza and C/O Schell received the Orders to give Plaintiff the Particular food tray with the injected anarobic bacterium, through the Chain of Command from Warden Carpenter or Deputy Warden Cooper.

20) Defendant Ms. Little, was ordered to inject the anarobic bacterium in Plaintiffs food, from Warden Carpenter or Deputy Warden Cooper, which causes an immediate Painful Canker Sore to develop in Plaintiff's mouth.

21) Dr. Marlar was ordered not to Provide adequate medical aid to Plaintiff from Warden Carpenter or Deputy Warden Cooper, which resulted in Plaintiff suffering with extreme Pain.

(5)

22) The bacterium injected in Plaintiff from Nurse Neffee is irreparable. Plaintiff will have to live with this condition for the rest of his life.

23) Plaintiffs continued confinement at OSP. Subjects Plaintiff to more physical abuse. because Plaintiff is indigent, and forced to eat the prepared kitchen food trays.

Exhaustion of Administrative Remedies

24) Plaintiff properly exhausted all available administrative remedies for respect to all Claims for relief See Grievance's 216. 222 and 230. attached hereto, as Attachment - A

Claims For Relief

25) The action from Warden Raymond Byrd to order Nurse Laura Nefee April 26. 2016 to inject Plaintiff with a bacterium that's irreparable. Which Causes painful canker sores to develop in Plaintiffs mouth. Solely to retaliate. done maliciously and Sadistically Constitues Cruel and Unusual Punishment, in Violations of the Plaintiffs. First, Eighth and Fourteenth

(6)

Amendment rights of the United States Constitution.

26) The actions from Warden Carpenter and Deputy Warden Cooper to utilize Plaintiffs Condition which Causes Painful Canker Sore's to develop in Plaintiffs mouth, resulting in Plaintiff Suffering for weeks with extreme Pain, done to Plaintiff without need or Provocation. Soley to retaliate Constitue's Cruel and unusual Punishment violate Plaintiffs, First, Eighth, and Fourteenth Amendment right to the United States Constitution

27) The action from Ms. Little OSP Kitchen Supervisor. to inject an anarobic bacterium in Plaintiffs food. and Place the food on the food Cart, with the Knowledge Plaintiff will eat the food. and develop a Painful Canker Sore in his mouth. Ms Little failure to intervene. and Curb the Physical abuse, Constitute deliberate indifference to Plaintiffs health and Safety violated Plaintiffs Eight. and Fourteenth Amendment rights to the United States Constitution

(7)

28) The action from C/O Balotee and C/O Schell to give Plaintiff food trays injected with the anarobic bacterium, which caused painful canker sores to develop in Plaintiffs mouth for weeks. Constitute Cruel and unusual Punishment violated Plaintiffs Eighth and Fourteenth Amendment rights to the United States Constitution.

29) The failure of Dr. Merler to not Prouse adequate medical treatment for Plaintiffs condition. Constitues deliberate indifference to Plaintiffs serious medical needs violated Plaintiffs Eighth and Fourteenth Amendment rights to the United States Constitution

Relief Requested

Issue a declaratory Judgment stating

1) The ill-will from warden Raymond Byrd and Nurse Laura Neffee to inject Plaintiff with a bacterium which is irreparable. that causes painful canker sores to develop in Plaintiffs mouth soley done to retaliate violated Plaintiffs First, Eighth and Fourteenth Amendment rights to the United States Constitution.

(8)

2) The action from Warden Mike Carpenter and Deputy Warden Natlie Cooper to utilize Plaintiffs' condition to cause him physical harm soley done to retaliate violated Plaintiffs. First, Eighth and Fourteenth Amendment rights to the United States Constitution.

3) The action from Ms Little to inject an anaerobic bacterium in Plaintiffs food with the knowledge Plaintiff would Suffer in Pain, violated Plaintiffs Eighth and Fourteenth Amendment rights to the United States Constitution.

4) The failure of Dr. Marlar not to provide proper medical treatment to Plaintiff for his serious medical needs violated Plaintiffs Eighth and Fourteenth Amendment rights to the United States Constitution

5) The action's from C/O Galutia and C/O Schell to give Plaintiff food tray's with the knowledge he would Suffer in Pain. Violated Plaintiffs Eighth and Fourteenth Amendment rights to the United State Constitution

(9)

Issue an injunction ordering defendant's to

1) Immediately transfer Plaintiff from OSP to a different maximum Security Prison

2) Dr mer/er Immediately arrange for Plaintiff to receive the Proper medical treatment. arrange with Qualified Physician a dentist. for Plaintiffs irreparable Condition.

3) Immediately refrain from withholding Plaintiffs mail from going out and Coming in. Immediately refrain at OSP from withholding arrange Phone Conference between Plaintiff and attorney's

Award Compensatory damages in the following amount

1) $100,000.00 Jointly and Severally against Defendant's Byrd and Neffee. for the Physical and emotional inJuries Plaintiff Sustained as a result of the bacterium unknown to Plaintiff Nurse Laura Neffee Injected in him April 26, 2016

(10)

2) A $100,000.00 jointly and severally against Defendant's Carpenter, Cooper, Little, Schell and Galutza for the physical and emotional injuries Plaintiff sustained as a result of utilizing Plaintiff's condition to physically harm Plaintiff.

Award Punitive Damages in the following amount

1) $25,000.00 each against defendant's Byrd, Neffee for the ill-will and malice

2) A $25,000.00 each against Defendants, Carpenter, Cooper, Little, Schell, Galutza, and Dr. Marlar for the ill-will and spite

Grant such other relief as it may appear that Plaintiff is entitled

I declare under penalty of Perjury that the foregoing is true and correct Pursuant 28 U.S.C § 1746

August 6, 2019

/s/ [signature]

Mr. Louis D Craft Jr

(11)